UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

IN THE MATTER OF:  Chapter 7
Kathy F. Hunter,  Case No.: 19-40782
Debtor  Judge: Thomas Tucker
_____/

### Order Approving Payment of Filing Fee in Installments

After considering the *Application for Individuals to Pay the Filing Fee in Installments* (Official Form B 3A), the court orders that:

☒ The debtor(s) may pay the filing fee in installments on the terms proposed in the application.

☒ The debtor(s) must pay the filing fee according to the following terms:

| You must pay… | On or before this date… |
|---|---|
| $ 335.00 | April 15, 2019 <br> Month / day / year |
| $ | <br> Month / day / year |
| $ | <br> Month / day / year |
| + $ | <br> Month / day / year |
| **Total** $ 335.00 | |

Until the filing fee is paid in full, the debtor(s) must not make any additional payment or transfer any additional property to an attorney or to anyone else for services in connection with this case.

**Signed on January 22, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge