# UNITED STATES BANKRUPTCY COURT
## Eastern District of Michigan
## Southern Division

In the Matter of:

Kathy F. Hunter                                Bankruptcy No: 19-40782 –tjt

                                                                  Chapter 7

_____Debtor(s)

## ORDER TO SHOW CAUSE
## ON DISMISSAL OF CASE FOR FAILURE TO PAY FILING FEE

      The files and records of the above-entitled case reveal the debtor has failed to pay the balance of filing fee in the amount of  $ 335.00\*\*   as ordered by the Court pursuant to 28 U.S.C. Section 1930 and Bankruptcy Rule 1006.

      This is to notify you that a hearing will be held on <u>Wednesday, May 1, 2019</u> at 9:00 AM before the Honorable Thomas J. Tucker in Room 1925,  211 W. Fort St, Detroit, Michigan 48226, to show cause why the case should not be dismissed pursuant to Bankruptcy Rule 1017(b)(1) and 11 U.S.C. Section 707 (a)(2).

      The debtor and the attorney for the debtor must appear at this hearing, unless the fees are paid in full prior to the hearing date.  Notice must be given to the courtroom deputy that the fee has been paid.  **If the fee is not paid prior to the hearing date and if the debtor and attorney for debtor fail to appear at this hearing, the case may be dismissed.**

**\*\*NO PERSONAL CHECKS, DEBIT OR CREDIT CARDS will be accepted from a debtor. Payments submitted to the clerk must be cash, cashiers' check or money order. Credit cards will only be accepted from attorneys through pay.gov.**

**Signed on April 16, 2019**



/s/ Thomas J. Tucker
Thomas J. Tucker
United States Bankruptcy Judge