## UNITED STATES BANKRUPTCY COURT
### FOR THE EASTERN DISTRICT OF MICHIGAN

### OFFICE OF THE CLERK OF COURT

| | | |
|---|---|---|
| 226 WEST SECOND ST.<br>FLINT, MI 48502<br>(810) 235-4126 | 211 WEST FORT STREET, SUITE 2100<br>DETROIT, MICHIGAN 48226-3211<br>(313) 234-0065 / WWW.MIEB.USCOURTS.GOV | 111 FIRST STREET<br>BAY CITY, MI 48707<br>(989) 894-8840 |

May 2, 2019

Kathy F. Hunter
4351 Sherwood Circle
Canton, MI 48188

RE: Chapter 7
    Case No. 19-40782

Dear Ms. Hunter,

    On May 1, 2019 your case was dismised for failure to pay the Chapter 7 filing fee. Although your case was dismissed, you are still obligated to pay the Chapter 7 filing fee.

    Please include this letter with your payment** of $**335.00** and send it to the following:

        U. S. Bankruptcy Court
        226 W. Second Street
        Flint, MI 48502

Your cooperation in this matter will be appreciated. If you have any questions, please call our Financial Section at 810-235-4865.

        Sincerely,
        /s/ Jennifer Clark
        Deputy in Charge

**\*\*NO PERSONAL CHECKS, DEBIT OR CREDIT CARDS will be accepted from a debtor. Payments submitted to the clerk must be cash, cashiers' check or money order. Credit cards will only be accepted from attorneys through pay.gov.**
cc: Court File